UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL D. MCGHEE,

    Plaintiff,

v.                                        Case No. 3:21cv979-LC-HTC

ESCAMBIA COUNTY
CORRECTIONS, et al.,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on August 26, 2021 (ECF No. 3), recommending dismissal based on Plaintiff's failure to truthfully disclose his litigation history, his status as a three-striker under 28 U.S.C. § 1915(g), and his failure to pay the filing fee at the time he initiated this action. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv979-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff is a three-striker under 28 U.S.C. § 1915(g), failed to truthfully disclose his litigation history, and has failed to pay the filing fee.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 13th day of September 2021.

　　　　　　　　　　　　　　　　　*s/L.A. Collier*
　　　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv979-LC-HTC